# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN  DIVISION

STAHR ASHURST, *et al.*,                    )
                                           )

                       Plaintiffs,          )

        v.                                    )          No. 12-01244-CV-W-BP

                                           )

J.P. MORGAN RETIREMENT PLAN          )
SERVICES, LLC, *et al.*,                        )

                                         )

                       Defendants.          )

## JUDGMENT IN A CIVIL CASE

_____      **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____      **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

\_\_\_X\_\_\_\_      **Decision by  Court.**  This action has come before the Court as a briefed matter and a decision has been rendered.

         ORDER Plaintiffs' Motion to Remand, (Doc. 15), is **GRANTED** and this case is

**REMANDED** to state court. As such, Defendants' Motion to Consolidate, (Doc. 6), and Motion to

Dismiss, (Doc. 7), are **DENIED as moot**.


Dated  : 5/14/2013

                                     /s/AnnThompson
                                      Clerk of Court

                                      /s/ K. McIlvain
                                      Deputy Clerk